IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–01196–RM–KMT

JONATHAN SOPER,

      Plaintiff,

v.

PACIFIC CYCLE, INC.,

      Defendant.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Plaintiff's "Notice of Filing Amended Pleading" (Doc. No. 26, filed Aug. 14, 2014) and "Plaintiff's Amended Unopposed Motion for Leave to File Amended Complaint (Doc. No. 22, filed Aug. 7, 2014). In light of Defendant's written consent (*see* Resp. Mot. Am., Doc. No. 25), the Clerk of Court is directed to file Plaintiff's Second Amended Complaint (Doc. No. 26-1) pursuant to Fed. R. Civ. P. 15(a)(2). Plaintiff's Amended Motion for Leave to File Amended Complaint (Doc. No. 22) is DENIED as moot.

Dated: August 14, 2014