**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Case No. 14-cv-01196-RM-KMT

JONATHAN SOPER,

    Plaintiff,

v.

PACIFIC CYCLE, INC., d/b/a "SCHWINN BICYCLE COMPANY"
IDA BIKE (DONG GUAN) CORP.
IDEAL BIKE CORPORATION
CHIEN SHENG BICYCLE PARTS CO., LTD.

    Defendants.

---

**ORDER**

---

This matter comes before the Court on the Stipulation for Dismissal With Prejudice filed May 15, 2015 (ECF No. 41). The Court, having reviewed the Stipulation and being fully advised, hereby ORDERS as follows:

The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay his/her or its own attorney's fees and costs.

DATED this 18th day of May, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge